COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-07-055-CV

 

IN THE INTEREST OF N.W.D.

                                                                                                        

                                               ----------

               FROM
THE 90TH DISTRICT COURT OF YOUNG COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
For Voluntary Dismissal Of Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See Tex. R. App. P. 43.4.

 

PER CURIAM

PANEL B:  MCCOY, LIVINGSTON, and WALKER, JJ.

 

DELIVERED:  October 11, 2007











[1]See Tex. R. App. P. 47.4.